IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARSON LOOP ESM, LLC d/b/a ) <br> BUDGETEL, and SRINIVAS ) <br> BOLLEPALLI, ) <br> ) <br>    Defendants. ) | CIVIL ACTION FILE <br> NO. 4:24-CV-00224-WMR |

## **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE**

COMES NOW Plaintiff in the above-styled case, and files the Proof of Service served upon Carson Loop ESM, LLC d/b/a Budgetel and Srinivas Bollepalli attached hereto and incorporated herein. The Clerk's docket should reflect that the above-referenced Defendants were served with the following:

- Complaint;

- Summons;

- Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement; and

- Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously and Brief in Support Thereof

by Process Server Johnathan Loadholt on October 8, 2024.

This 30th day of October, 2024.

                                                   Respectfully submitted,

                                                   **LAW & MORAN**

                                                   <u>/s/ Denise D. Hoying</u>
                                                   Peter A. Law
                                                   Georgia Bar No. 439655
                                                   pete@lawmoran.com
                                                   E. Michael Moran
                                                   Georgia Bar No. 521602
                                                   mike@lawmoran.com
                                                   Denise D. Hoying
                                                   Georgia Bar No. 236494
                                                   denise@lawmoran.com
                                                   Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Plaintiff's Notice of Filing Proof of Service* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARSON LOOP ESM, LLC d/b/a )<br>BUDGETEL, and SRINIVAS )<br>BOLLEPALLI, )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br>NO. 4:24-CV-00224-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiff's Notice of Filing Proof of Service* by US Mail to the following registered agent of record:

Srinivas Bollepalli
1888 Wilkenson Crossing
Marietta, Georgia 30066

This 30th day of October, 2020.

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700