# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## AFFIDAVIT OF SRIVINAS BOLLEPALLI

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Srivinas Bollepalli who states under oath, swears, and avers the following to be true based upon his personal knowledge and/or review of relevant documentation:

1.

My name is Srinivals Bollepalli. I am over the age of 18, a citizen of the United States of America, and I am competent to testify to the matters contained within this Affidavit within my personal knowledge and/or review of pertinent documentation.

2.

On or about October 8, 2024, I was personally served with a copy of the Summons and Complaint in the above-referenced matter at my residence, 1888 Willerson Crossing, Marietta, GA 30066.

3.

Within approximately one week, I tendered those documents to insurance agent Kent Bates, who on my information and belief was at the time the agent servicing the insurance policy for Carson Loop, ESM, LLC d/b/a Budgetel (hereinafter "Budgetel"). I tendered these documents to him by hand.

4.

Mr. Bates assured me that he would forward these documents to Budgetel's insurance claims for processing and told me to await further communications.

5.

After several weeks, Mr. Bates informed me that he had mistakenly forwarded the Summons and Complaint to the incorrect person(s) or entities, and he would need to send them again to the correct insurance recipient(s).

6.

I inquired multiple times to Mr. Bates concerning the status of the claim but was not advised further.

7.

The first time I learned that no Answer was yet filed in this matter was December 5, 2024.

8.

On Monday December 9, 2024, I communicated directly with a separate insurance adjuster regarding this claim as well as litigation counsel retained by Budgetel's insurer.

9.

I have cooperated with Budgetel's insurer and litigation counsel in speedily providing an Answer to the Complaint and am prepared to move forward with this litigation.

10.

I had no personal, actual, or constructive knowledge of the acts against Plaintiff allegedly performed by Shreesh Tiwari as described in the Complaint, prior to those acts occurring.

11.

None of the actions ascribed to Shreesh Tiwari as described in the Complaint were reported to me by Plaintiff or any other person or entity prior to the arrest of Shreesh Tiwari.

12.

I am not a licensed attorney and have no legal training or otherwise any knowledge of the Federal Rules of Civil Procedure.

FURTHER AFFIANT SAITH NOT.

_____
Srinivas Bollepalli

Sworn to and subscribed before me under penalty of perjury this 11th day of December, 2024.

_____
Notary Public

My Commission Expires: November 13, 2026

4