IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **A.H.** <br><br> Plaintiff(s), <br><br> v. <br><br> **CARSON LOOP ESM, LLC, d/b/a Budgetel and Srinivas Bollepalli** <br><br> Defendant(s). | CIVIL ACTION FILE <br> NO. 4:24-cv-224-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion for Protective Order [Doc. 2], Motion for Default Judgment as to Carson Loop ESM, LLC and Srinivas Bollepalli [Doc.8] and Motion to Set Aside Default [Doc 10] in this case for Tuesday, January 7, 2025 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303- 3309.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 20th day of December, 2024.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE