IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HER REQUEST FOR CLERK'S ENTRY OF DEFAULT

Defendants' Response in Opposition to Plaintiff's Request for Entry of Default, filed on December 11, 2024, is moot. Defendants were served with Plaintiff's Complaint and summonses on October 8, 2024. When no defendant had answered or otherwise appeared by December 5, 2024 – 58 days after Defendants were served – Plaintiff filed her request that the clerk enter default as to both defendants. As required by the mandates of Fed. R. Civ. P. 55(a), the clerk entered default against both defendants on December 6, 2024. Accordingly, Defendants' Opposition to Plaintiff's Request for Entry of Default is moot and should be disregarded by the Court.

This 26th day of December, 2024.

                Respectfully submitted,

                **LAW & MORAN**

                <u>/s/ Denise D. Hoying</u>
                Peter A. Law
                Georgia Bar No. 439655
                pete@lawmoran.com
                E. Michael Moran
                Georgia Bar No. 521602
                mike@lawmoran.com
                Denise D. Hoying
                Georgia Bar No. 236494
                denise@lawmoran.com
                Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

                **ANDERSEN, TATE & CARR, P.C.**

                <u>/s/ Patrick J. McDonough</u>
                Patrick J. McDonough
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                Jonathan S. Tonge
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                Attorneys for Plaintiff

**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Plaintiff's Reply Brief in Support of her Request for Clerk's Entry of Default*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                    Respectfully submitted,

                    **LAW & MORAN**

                    /s/ Denise D. Hoying
                    Peter A. Law
                    Georgia Bar No. 439655
                    pete@lawmoran.com
                    E. Michael Moran
                    Georgia Bar No. 521602
                    mike@lawmoran.com
                    Denise D. Hoying
                    Georgia Bar No. 236494
                    denise@lawmoran.com
                    Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Plaintiff's Reply Brief in Support of her Request for Clerk's Entry of Default*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Phillip Friduss
Jacob O'Neal
Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303

This 26th day of December, 2024.

4

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorney for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710