IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

### AFFIDAVIT OF SRIVINAS BOLLEPALLI

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Srinivas Bollepalli who states under oath, swears, and avers the following to be true based upon his personal knowledge and/or review of relevant documentation:

1.

My name is Srinivas Bollepalli. I am over the age of 18, a citizen of the United States of America, and I am competent to testify to the matters contained within this Affidavit within my personal knowledge and/or review of pertinent documentation.

2.

During my telephone conversation with Denise Hoying on October 25, 2024, at no point did Ms. Hoying verbally advise me of applicable legal deadlines, including the deadline to file an Answer, nor did she advise me of the risk or consequences of default judgment. Instead, Ms. Hoying simply recommended that I contact a lawyer.

3.

The email correspondence between myself and Budgetel's insurance agent(s), filed in this case by Plaintiff as Document 16-2, contains no indication of filing deadlines or default.

FURTHER AFFIANT SAITH NOT.

_____
Srinivas Bollepalli

Sworn to and subscribed before me under penalty of perjury this 6th day of January, 2025.

_____
Notary Public

My Commission Expires: Feb 25, 2028

DANYIA STEPHENS
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Feb. 25, 2028

2