IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

**AFFIDAVIT OF Sara Kenney**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Sara Kenney, who states under oath, swears, and avers the following to be true based upon his personal knowledge and/or review of relevant documentation:

1.

My name is Sara Kenney, I am over the age of 18, a citizen of the United States of America, and I am competent to testify to the matters contained within this Affidavit within my personal knowledge and/or review of pertinent documentation.

2.

I am employed as a Complex Director with AIG Claims, Inc. the authorized claims administrator for Western World Insurance Company ("Western World"). Western World issued a commercial liability policy to Defendant Carson Loop ESM LLC DBA Budgetel, covering the period of 10/28/19 to 10/28/20. Such policy is providing a defense to the Defendants, including Srinivas Bollepalli in this matter.

3.

On October 29, 2024, agent Kent Bates first advised Western World of a claim based upon the Complaint in the above-referenced matter. However, that first notice of claim did not include a copy of the Complaint or information regarding the date of service.

4.

I was assigned to the claim on November 4, 2024. Over the next week, I made multiple requests for further information regarding the claim, a full copy of the Complaint, and to confirm any date of service of the Complaint.

5.

On November 12, 2024, Western World received a copy of the full Complaint from a representative of Ategrity. However, the documents obtained from Ategrity also contained no proof of service. I now understand that Ategrity was the carrier which initially received notice of the matter.

6.

Thereafter, still without knowledge if service had been effectuated on the Defendants and despite having requested this information, I retained Hall Booth Smith, P.C. on December 3, 2024 to provide a defense to the insureds in this matter under the applicable policy. Hall Booth Smith acknowledged assignment on December 4, 2024.

7.

I understand that Attorney Jacob O'Neal with Hall Booth Smith, P.C. reached out to plaintiff's counsel prior to the court's entry of default and requested that counsel withdraw their Motion to Enter default, but that this request was declined.

8.

At no point on or prior to October 29, 2024, did Western World have any actual knowledge of the date on which Mr. Bollepalli was served with a copy of the Complaint nor of the date any Answer to the Complaint was due.

FURTHER AFFIANT SAITH NOT.

_____
Sara Kenney

Sworn to and subscribed before me under penalty of perjury this 6th day of January, 2025.

_____
Notary Public

My Commission Expires: 05/16/2028

```
Notary Public, State of Illinois
Official Seal
Brandon Rosales Benitez
Commission # 990895
My Commission Expires 5/16/2028
```

4