IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 4:24-cv-00224-WMR |

### DECLARATION OF JACOB STALVEY O'NEAL

1.

My name is Jacob Stalvey O'Neal. I am over the age of 18, a citizen of the United States of America, and I am competent to testify to the matters contained within this Declaration within my personal knowledge and/or review of pertinent documentation.

2.

I am counsel for the Defendants in this action.

3.

On or about December 4, 2024, insurer Western World retained Hall Booth Smith, P.C. to tender a defense of its insureds (the Defendants) in this action.

4.

Attorney Phil Friduss acknowledged receipt of the assignment on the firm's behalf on December 4th, and I joined that acknowledgment on December 5th.

5.

Also on December 5, 2024, after reviewing the Docket, I reached out as a courtesy to Plaintiff's counsel, Denise Hoying, to introduce myself, inquire on the status of the suit, and discuss Plaintiff's Motion for Entry of Default, which happened to be filed that day.

6.

I spoke with Ms. Hoying concerning the suit and advised that we were in the process of reaching out to Mr. Bollepalli. I asked if Plaintiff would consider withdrawing the Motion, in light of the early procedural posture of the matter and a presumptively forthcoming Answer, and Ms. Hoying declined. Of note, at the time I spoke with Ms. Hoying regarding withdrawing the Motion, which she declined, the Court had not yet entered default. I reached out to Mr. Bollepalli via phone and email later that day.

7.

After establishing contact and an attorney-client relationship with Mr. Bollepalli as of December 10, 2024, I entered an appearance and filed on the Defendants' behalf an Answer and Motion to Open Default on December 11, 2024.

8.

This declaration is made pursuant to 28 U.S.C. § 1746, and is executed within the United States.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge, best recollection, and belief.

Jacob Stalvey O'Neal

Executed this 6th day of January 2025.