## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>     Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## AFFIDAVIT OF KENT BATES

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Kent Bates, who states under oath, swears, and avers the following to be true based upon his personal knowledge and/or review of relevant documentation:

1.

My name is Kent Bates. I am over the age of 18, a citizen of the United States of America, and I am competent to testify to the matters contained within this Affidavit within my personal knowledge and/or review of pertinent documentation.

2.

As of October 10, 2024, I was the insurance agent for the insurance policy providing coverage to the Defendants in the above-referenced matter.

3.

On October 10, 2024, Srivinas Bollepalli tendered to me the Complaint in the above-referenced matter and requested to file a claim on the applicable policy.

4.

On October 16, 2024, I reported the claims to Ategrity Insurance via email, with the expectation that Ategrity would assign counsel to handle the defense of the suit. Because Plaintiff's counsel tendered a large volume of documents related to the suit, the complete suit documents did not attach to this communication, requiring the documents to be mailed, which I then did.

5.

On October 21, 2024, I advised Mr. Bollepalli that Ategrity and created a claim number for this claim and that a claims examiner had been assigned by Ategrity. Based on Ategrity's response, I believed that defense counsel would be assigned by Ategrity to respond to the claim.

6.

On October 28, 2024, I was advised by Mac Mullen at Ategrity that the claim was filed under the incorrect policy period. In addition, I was advised that the claim would be denied as outside the policy period.

7.

On October 29, 2024, I first reported the claim asserted in the Complaint in the above referenced matter to Western World Insurance Company, the insurance carrier for Defendant Budgetel..   However, I did not provide the full Complaint or the date of service since I did not have the same.

8.

Thereafter, Western World inquired about the details of the claim, including seeking a full copy of the Complaint, the date of service, and a summary of the claim.

11.

On November 12, 2024, I sent an email to Mitch Jacobs at Ategrity requesting he send a copy of the Complaint  to Western World.  AIG. Upon information and belief, Jacobs mailed out the documents that day.

12.

At no point on or prior to October 29, 2024, did I have any personal knowledge of the date on which Mr. Bollepalli was served with a copy of the Complaint nor of the date any Answer to the Complaint was due.

3

FURTHER AFFIANT SAITH NOT.

_____
                                    Kent Bates

Sworn to and subscribed before me
under penalty of perjury this _7th_
day of _January_____, 2025.

_____
                Notary Public

My Commission Expires _August 1, 2028_

4