# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:24-cv-00224-WMR
### A.H. v. Carson Loop ESM, LLC et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/07/2025.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:15 P.M.          COURT REPORTER: Keisha Crump
TIME IN COURT: 1:45                      DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Denise Hoying, Jonathan Tonge, Peter Law and Jennifer Webster representing A.H.

Phillip Friduss and Jacob O'Neal representing Carson Loop ESM, LLC

PROCEEDING CATEGORY:
MOTIONS RULED ON:

Motion Hearing(Motion Hearing Non-evidentiary);

[2]Motion for Protective Order GRANTED
[2]Motion for Leave to File GRANTED
[8]Motion for Default Judgment DENIED
[10]Motion to Set Aside Default GRANTED

MINUTE TEXT: Court orally granted the Motion for Protective Order and will enter a separate Order. Court heard argument on Motion for Default and Motion to Set Aside. Court will set aside the Default and will enter a written Order.

HEARING STATUS: Hearing Concluded