IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on January 23, 2025, Plaintiff served the following documents upon opposing counsel of record via U.S. Mail addressed to the parties on the attached Certificate of Service:

1. *Plaintiff's First Requests for Admissions to Defendants;*

2. *Plaintiff's First Continuing Interrogatories to Defendants; and*

3. *Plaintiff's First Request for Production of Documents and Notice to Produce to Defendants.*

This 23rd day of January, 2025.

                                                Respectfully submitted,

                                                **LAW & MORAN**

                                                */s/ Denise D. Hoying*
                                                Peter A. Law
                                                Georgia Bar No. 439655
                                                E. Michael Moran
                                                Georgia Bar No. 521602
                                                Denise D. Hoying
                                                Georgia Bar No. 236494
                                                *Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

                                           **ANDERSEN, TATE & CARR, P.C.**

                                                */s/ Patrick J. McDonough*
                                                Patrick J. McDonough
                                                Georgia Bar No. 489855
                                                Jonathan S. Tonge
                                                Georgia Bar No. 303999
                                                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing *Certificate of Service of Discovery* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|    Defendants. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a true and correct copy of the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Phillip Friduss
Jacob O'Neal
Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303

    This 23rd day of January, 2025.

4

                                        **LAW & MORAN**

                                        */s/ Denise D. Hoying*
                                        Denise D. Hoying
                                        Georgia Bar No. 236494
                                        *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

5