

Phillip E. Friduss
Phone: 404.954.6959
pfriduss@hallboothsmith.com

191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303-1775, USA

Office: 404.954.5000
Fax: 404.954.5020
www.hallboothsmith.com

January 24, 2025

To: All Judges, Clerks of Court and Counsel of record

Re: A.H. v. Carson Loop ESM, LLC et al.
United States District Court Northern District of Georgia
Civil Action File No: 4:24-CV-00224-WMR
Notice of Leave of Absence

Please accept this letter pursuant to Local Rule 83.1 (E)(4) regarding leave of absence. I am lead counsel in the above-styled action and I am providing notice to all affected court clerks, Judges and counsel of record. I respectfully request that the above-referenced case not be calendared during the following period during which time I will be away from the practice of law:

- **February 24, 2025 to March 3, 2025 for a three-day CLE Seminar; DRI Governmental Liability Committee Annual Meeting.**

Pursuant to Local Rule 83.1 (E)(4), it is my understanding that I am not required to file a formal leave for petition of absence and accompanying order since the period of leave is less than twenty-one (21) consecutive days.

Thank you for your consideration of this matter.

Sincerely,

**HALL BOOTH SMITH, P.C.**

*/s/ Phillip Friduss*

Phillip E. Friduss
Georgia Bar No. 277220

ATLANTA, GA

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE