IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H.,               )<br>                     )<br>   Plaintiff,   )<br>                     )<br>v.                   )<br>                     )<br>CARSON LOOP ESM, LLC d/b/a )<br>BUDGETEL, and SRINIVAS )<br>BOLLEPALLI,         )<br>                     )<br>   Defendants.  )  | CIVIL ACTION FILE<br>NO. 4:24-CV-00224-WMR |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that on January 29, 2025, Plaintiff served a subpoena to The Bates Agency II, LLC and a subpoena to Southern Insurance Underwriters Inc. upon opposing counsel of record addressed to the parties on the attached Certificate of Service. Plaintiff also served the subpoena addressed to each non-party upon its appropriate registered agent of record on the attached certificate of service.

This 29th day of January, 2025.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Certificate of Service of Discovery* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

    Respectfully submitted,

    **LAW & MORAN**

    */s/ Denise D. Hoying*
    Denise D. Hoying
    Georgia Bar No. 236494
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a | ) |
| BUDGETEL, and SRINIVAS | ) |
| BOLLEPALLI, | ) |
| | ) |
|    Defendants. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Phillip Friduss
Jacob O'Neal
Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303

And via Federal Express Overnight Mail to:

The Bates Agency II, LLC
c/o Kent Bates
4343 Shallowford Road
Building 600, Suite 650
Marietta, GA 3006

Southern Insurance Underwriters, Inc.
c/o Wesley C. Duesenberg, Jr.
4500 Mansell Road
Alpharetta, GA 30022

This 29th day of January, 2025.

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com