# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H. <br><br>     Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br>     Defendants. | CIVIL ACTION FILE <br> NO. 4:24-CV-00224-WMR |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing **DEFENDANT CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI DEFENDANTS RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES, DEFENDANTS RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSION AND DEFENDANTS RESPONSE TO PLAINTIFF'S FOR REQUEST FOR PRODUCTION OF DOCUMENTS** upon all parties to this matter by electronic mail and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

[SIGNATURE CONTAINED ON THE FOLLOWING PAGE]

<table>
<tr><td>

Peter A. Law, Esq.  
E. Michael Moran, Esq.  
Denise D. Hoying, Esq.  
Law & Moran  
563 Spring Street, N.W.  
Atlanta, GA 30308  
*pete@lawmoran.com*  
*mike@lawmoran.com*  
*denise@lawmoran.com*

</td><td>

Patrick J. McDonough, Esq.  
Jonathan S. Tonge, Esq.  
Andersen, Tate & Carr, P.C.  
One Sugarloaf Centre  
1960 Satellite Boulevard  
Suite 400  
Duluth, GA 30097  
*pmcdonough@atclawfirm.com*  
*jtonge@atclawfirm.com*

</td></tr>
</table>

Respectfully submitted this 21st day of February, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com