# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-CV-00224-WMR |

## **NOTICE OF APPEARANCE**

COME NOW Laura DeMartini, of the law firm, HALL BOOTH SMITH, P.C. and hereby enter her appearance on behalf of Defendants Carson Loop ESM, LLC d/b/a Budgetel, and Srinivas Bollepalli in the above captioned matter.

Respectfully submitted this 21st day of February, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Laura DeMartini*
LAURA DEMARTINI
Georgia Bar No. 142295

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Gaa 30303-1775
Tel: 404-954-5000
Fax:404-954-5020
Email: ldemartini@hallboothsmith.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties by filing the same with the Court's electronic filing system, which will automatically send a copy to all counsel of record.

Respectfully submitted this 21st day of February, 2025.

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Laura DeMartini*
                                        LAURA DEMARTINI
                                        Georgia Bar No. 142295

                                        *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  ldemartini@hallboothsmith.com