UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 4:24-CV-00224-WMR |

## NOTICE OF ISSUANCE OF SUBPOENA

Pursuant to Fed. R. Civ. P. 45(a)(4), you are hereby notified that Plaintiff, by and through her counsel, intends to issue subpoenas to the following agencies:

- United States Attorney's Office, Northern District of Georgia

Prior to service, a copy of the subpoena will be electronically mailed to Defendants' counsel of record.

Respectfully submitted on March 6, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com

JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Jonathan S. Tonge*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile