# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>  Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW, **CARSON LOOP ESM, LLC d/b/a BUDGETEL** and **SRINIVAS BOLLEPALLI** ("Defendants"), and pursuant to Fed. R. Civ. P. 7.1 and N.D. Ga. LR 3.3, respectfully submit this their Certificate of Interested Persons and Corporate Disclosure statement, as follows. This Certificate is based upon information available at time of submission and may be supplemented or amended as appropriate.

(1)   The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    A.    Plaintiff A.H.

    B.    Shreesh Tiwari

    C.    Budgetel, Inc.

    D.    Srinivas Bollepalli

    E.    Carson Loop, LLC

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having ether a financial interest in or other interest which could be substantially affected by the outcome of this case:

    A.    Law & Moran

    B.    Denise Hoying, Esq.

    C.    E. Michael Moran

    D.    Peter A. Law

    E.    Andersen, Tate & Carr, P.C.

    F.    Jonathan Tonge

    G.    Patrick J. McDonough

    H.    Jennifer Webster

    I.    Hall Booth Smith, P.C.

      J.      Phillip E. Friduss

      K.     Jacob Stalvey O'Neal

      L.      Laura DeMartini

      M.    Western World Insurance

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Plaintiff:                         Denise Hoying
                                           Michael Moran
                                           Jonathan Tonge
                                           Patrick J. McDonough
                                           Peter A. Law
                                           Jennifer Webster

For Defendants:                     Phillip E. Friduss
                                           Jacob Stalvey O'Neal
                                           Laura DeMartini

Respectfully submitted this 17th day of March, 2025.

                                                                **HALL BOOTH SMITH, P.C.**

                                                                */s/ Jacob Stalvey O'Neal*
                                                                 PHILLIP E. FRIDUSS
                                                                Georgia Bar No. 277220
                                                                JACOB STALVEY O'NEAL
                                                                Georgia Bar No. 877316
                                                                LAURA DEMARTINI
                                                                Georgia Bar No. 112295

                                                                *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com
Email:  ldemartini@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **Defendants' Certificate of Interested Persons and Corporate Disclosure Statement** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

<table>
<tr><td>Peter A. Law, Esq.<br>E. Michael Moran, Esq.<br>Denise D. Hoying, Esq.<br>Law & Moran<br>563 Spring Street, N.W.<br>Atlanta, GA 30308<br>*pete@lawmoran.com*<br>*mike@lawmoran.com*<br>*denise@lawmoran.com*</td><td>Patrick J. McDonough, Esq.<br>Jonathan S. Tonge, Esq.<br>Andersen, Tate & Carr, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 400<br>Duluth, GA 30097<br>*pmcdonough@atclawfirm.com*<br>*jtonge@atclawfirm.com*</td></tr>
</table>

Respectfully submitted this 17th day of March, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
LAURA DEMARTINI
Georgia Bar No. 112295

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: ldemartini@hallboothsmith.com