# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H., <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 4:24-cv-00224-WMR |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on March 20, 2025, pursuant to the provisions of Local Rule 26.3, I served a copy of the following:

1. Defendants' First Request for Admissions to Plaintiff.

upon all parties to this matter via electronic service, by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows, and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

<div style="display: flex;">

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 400
Duluth, GA 30097
*pmcdonough@atclawfirm.com*
*jtonge@atclawfirm.com*

</div>

Respectfully submitted this 20th day of March, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
LAURA DEMARTINI
Georgia Bar No. 112295

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: ldemartini@hallboothsmith.com