# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, **LAURA DEMARTINI**, of the law firm Hall Booth Smith, P.C., 191 Peachtree Street, N.E., Suite 2900, Atlanta, GA 30303, pursuant to L.R. 83.1(D)(1), N.D. GA, and advises the Court and opposing counsel of her appearance as additional counsel on behalf of Defendants Carson Loop ESM, LLC d/b/a Budgetel and Srinivas Bollepalli. Attorney Jacob O'Neal remains lead counsel in this matter. Phillip Friduss also remains as counsel of record.  Attorney Laura DeMartini is a member in good standing with the State Bar of Georgia and admitted to practice in the United States District Court for the Northern District of Georgia. The undersigned counsel requests that notice of court appearances, motions, pleadings, and filings be

Respectfully submitted this 21st day of March, 2025.

          **HALL BOOTH SMITH, P.C.st**
          */s/ Laura DeMartini*
          LAURA DEMARTIN
          Georgia  Bar No. 1442295
          PHILLIP E. FRIDUSS
          Georgia Bar No. 277220
          JACOB STALVEY O'NEAL
          Georgia Bar No. 877316

          *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: ldemartini@hallboothsmith.com

2

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>　　Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq. | Patrick J. McDonough, Esq. |
| E. Michael Moran, Esq. | Jonathan S. Tonge, Esq. |
| Denise D. Hoying, Esq. | **ANDERSEN, TATE & CARR, P.C.** |
| **LAW & MORAN** | One Sugarloaf Centre |
| 563 Spring Street, N.W. | 1960 Satellite Boulevard |
| Atlanta, GA 30308 | Suite 400 |
| pete@lawmoran.com | Duluth, GA 30097 |
| mike@lawmoran.com | pmcdonough@atclawfirm.com |
| denise@lawmoran.com | jtonge@atclawfirm.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

Respectfully submitted this 21st day of March, 2025.

         **HALL BOOTH SMITH, P.C.**
         */s/ Laura DeMartini*
         LAURA DEMARTINI
         Georgia Bar No. 1442295
         PHILLIP E. FRIDUSS
         Georgia Bar No. 277220
         JACOB STALVEY O'NEAL
         Georgia Bar No. 877316

         *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: ldemartini@hallboothsmith.com