IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|    Defendants. ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|    Defendants. ) | |

## **NOTICE TO TAKE VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 10:00 a.m. on Wednesday, April 30, 2025, at the law

1

offices of Hall Booth Smith, P.C., 191 Peachtree Street NE, Suite 2900, Atlanta, GA 30303, and continuing from hour to hour and day to day until adjourned, counsel for Plaintiffs shall proceed to take the deposition of **Srinivas Bollepalli**. The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions and will be videotaped. The deposition will be taken for all purposes allowed by law.

 This 27th day of March, 2025.

              Respectfully submitted,

              **LAW & MORAN**

              */s/ Denise D. Hoying*
              Peter A. Law
              Georgia Bar No. 439655
              E. Michael Moran
              Georgia Bar No. 521602
              Denise D. Hoying
              Georgia Bar No. 236494
              *Attorneys for Plaintiffs*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

                                    **ANDERSEN, TATE & CARR, P.C.**

                                    */s/ Patrick J. McDonough*
                                    Patrick J. McDonough
                                    Georgia Bar No. 489855
                                    Jonathan S. Tonge
                                    Georgia Bar No. 303999
                                    *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing *Notice to Take Videotaped Deposition* has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                                 Respectfully submitted,
                                                 **LAW & MORAN**

                                                 */s/ Denise D. Hoying*
                                                 Denise D. Hoying
                                                 Georgia Bar No.236494
                                                 *Attorney for Plaintiffs*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|     Defendants. ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| S.T., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00225-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
|     Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Notice to Take Videotaped Deposition*** with the Clerk of Court using the

CM/ECF system which will automatically send email notification of such filing to:

Phillip Friduss
Jacob O'Neal
Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303

    This 27th day of March, 2025.

                              **LAW & MORAN**

                              */s/ Denise D. Hoying*
                              Denise D. Hoying
                              Georgia Bar No. 236494
                              *Attorney for Plaintiffs*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com