# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## CONSENT MOTION TO EXTEND DISCOVERY

COME NOW, **A.H.** and **CARSON LOOP ESM, LLC d/b/a BUDGETEL** and **SRINIVAS BOLLEPALLI** ("the Parties"), and jointly and by consent, respectfully request that discovery in this matter be extended four (4) months, in support of which the Parties show the following:

This matter is currently in its initial discovery period under the Joint Preliminary Report and Discovery Plan and the Court's Scheduling Order, which period ends July 11, 2025. The Parties have diligently pursued written discovery, and deposition of Defendant Srinivas Bollepalli has been set for July 22, 2025 to accommodate new Defense counsel in the parallel case, S.T. v. Carson Loop, et al., 4:24-cv-00225, which counsel entered an appearance on May 12, 2025. Plaintiff in the parallel case has since moved for leave to file an Amended Complaint therein.

(See Docket, 4:24-cv-00225, Doc. 40). Counsel for the Parties have agreed to conduct discovery in parallel across the two cases given the commonality of allegations, the criminal investigation of a critical common witness, and the identity of the Defendants. And, the Parties agreed in their Joint Preliminary Report and Discovery Plan "to submit an initial consent motion to extend discovery at or near the expiration of the six-month discovery period as circumstances may warrant." (Doc. 22, p. 10).

There is an unusual volume of critical evidence in the hands of third parties, such as the criminal investigation file and documents held by the United States Department of Justice related to the investigation of a central witness, Shreesh Tiwari (which the Parties received for the first time in June, 2025, following Plaintiff's Touhy request).

For these reasons, the Parties respectfully submit that circumstances warrant an extension of discovery, and request that the Court extend discovery four (4) months, that is to November 11, 2025, with dispositive motions or a consolidated pretrial order to be due 30 days thereafter.

Respectfully submitted this 9th day of July, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com

*/s/ Denise D. Hoying, by JSO w/ express permission*
DENISE D. HOYING
Georgia Bar No. 236494
*Counsel for Plaintiff*

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*

3

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>　　Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **Consent Motion to Extend Discovery** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

<div style="columns:2">

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 400
Duluth, GA 30097
*pmcdonough@atclawfirm.com*
*jtonge@atclawfirm.com*

</div>

Respectfully submitted this 9th day of July, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com