# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## (Proposed) ORDER

Before the Court is the Parties' Consent Motion to extend discovery in this matter for a period of four (4) months. The Parties' Motion is GRANTED. Discovery shall expire on November 11, 2025, and the Parties shall submit all dispositive motions or, if none are filed, a consolidated pretrial report no later than thirty (30) days thereafter.

IT IS SO ORDERED.

This ___ day of _____, 2025.

_____
Hon. WILLIAM H. RAY
United States District Judge

Order prepared by:

        **HALL BOOTH SMITH, P.C.**

        */s/ Jacob Stalvey O'Neal*
        PHILLIP E. FRIDUSS
        Georgia Bar No. 277220
        JACOB STALVEY O'NEAL
        Georgia Bar No. 877316

        *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com


Consented to by:

        */s/ Denise D. Hoying, by JSO w/ express permission*
        DENISE D. HOYING
        Georgia Bar No. 236494
        *Counsel for Plaintiff*

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*