# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## NOTICE OF VIDEOTAPED DEPOSITION
## AND NOTICE TO PRODUCE

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 26 and 30, that beginning at 11:00 AM on Tuesday, November 4, 2025, at the law offices of Law & Moran, 563 Spring St. NW, Atlanta, GA 30308, and continuing from hour to hour and day to day until adjourned, counsel for Defendants shall proceed to take the deposition of **Plaintiff A.H.** You are hereby notified to produce at said deposition all documents and things responsive to Defendants' Requests for Production of Documents not previously produced by you or your counsel. The deposition will be upon oral examination before an officer authorized by law to administer oaths and

to take depositions and will be videotaped. The deposition will be taken for all purposes allowed by law.

Respectfully submitted this 30th day of October, 2025.

**HALL BOOTH SMITH, P.C.**

/s/ *Dana Woodall*
JOHN E. HALL, JR.
Georgia Bar No. 319090
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
DANA WOODALL
Georgia Bar No. 478735
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: jhall@hallboothsmith.com
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: dwoodall@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **Notice of Videotaped Deposition and Notice to Produce** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

<table>
<tr><td>

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com

</td><td>

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 400
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

</td></tr>
</table>

Michael C. Kendall, II
**KENDALL LEGAL, LLC**
3152 Golf Ridge Drive
Suite 201
Douglasville, GA 30135
michael@kendall-legal.com
*Co-Counsel for Defendants*

Respectfully submitted this 30th day of October, 2025.

**HALL BOOTH SMITH, P.C.**

/s/ Dana Woodall

DANA WOODALL
Georgia Bar No. 478735

*Counsel for Defendants*

2