

| | John E. Hall, Jr.<br>Phone: 404.954.6927<br>JHall@hallboothsmith.com | 191 Peachtree Street NE<br>Suite 2900<br>Atlanta, GA 30303-1775, USA |
|---|---|---|

Office: 404.954.5000
Fax: 404.954.5020
www.hallboothsmith.com

November 3, 2025

Hon. William M. Ray II
Attn: Ms. Sherri Lundy
Courtroom Deputy Clerk
2121 United States Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303-3309

   **Re:**   **A.H. v. Carson Loop ESM, LLC, et al.**
      U.S. District Court—Northern District—Atlanta Division
      CAFN: 4:24-cv-00224-WMR

Dear Clerk:

 Pursuant to Local Rule 83.1(E)(4), please consider this letter my request for leave and that the above-referenced case not be calendared during the following time periods:

      January 29 – 30, 2026 (Personal Leave)
      February 9 -16, 2026 (Personal Leave)
      April 6 – 13, 2026 (Personal Leave)
      April 30 – May 4, 2026 (Personal Leave)
      July 27 – August 3, 2026 (Personal Leave)
      September 4 – 8, 2026 (Personal Leave)

 The purpose of the requested Leaved of Absence is outlined above and; therefore, I will not be available for any proceedings. By E-filing this letter, I have notified all counsel of record of my correspondence with the Court. Should there be any questions, please contact me at (404) 954-5000.

              Respectfully submitted,

              **HALL BOOTH SMITH, P.C.**

              */s/ John E. Hall, Jr.*

              John E. Hall, Jr.
              GA Bar No. 319090

Cc: All counsel of record (via CM/ECF)

ATLANTA, GA

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE