# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## (Proposed) ORDER

Before the Court is the Parties' Consent Motion to extend discovery in this matter for a period of four (4) months. The Parties' Motion is GRANTED. Discovery shall expire on December 31, 2025, and the Parties shall submit all dispositive motions or, if none are filed, a consolidated pretrial report no later than thirty (30) days thereafter.

IT IS SO ORDERED.

This ___ day of _____, 2025.

_____
Hon. WILLIAM H. RAY
United States District Judge

...

Order prepared by:

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | /s/ Jacob Stalvey O'Neal |
|  | JOHN E. HALL, JR. |
|  | Georgia Bar No. 319090 |
| 191 Peachtree Street N.E. | PHILLIP E. FRIDUSS |
| Suite 2900 | Georgia Bar No. 277220 |
| Atlanta, GA 30303-1775 | JACOB STALVEY O'NEAL |
| Tel:   (404) 954-5000 | Georgia Bar No. 877316 |
| Fax:  (404) 954-5020 | DANA WOODALL |
| Email: jhall@hallboothsmith.com | Georgia Bar No. 478735 |
|        pfriduss@hallboothsmith.com |  |
|        joneal@hallboothsmith.com | *Counsel for Defendants* |
|        dwoodall@hallboothsmith.com |  |

Consented to by:

|  |  |
|---|---|
|  | /s/ Denise D. Hoying, *by JSO w/ express permission* |
|  | DENISE D. HOYING |
|  | Georgia Bar No. 236494 |
| Peter A. Law, Esq. |  |
| E. Michael Moran, Esq. |  |
| Denise D. Hoying, Esq. |  |
| Law & Moran | *Counsel for Plaintiff* |
| 563 Spring Street, N.W. |  |
| Atlanta, GA 30308 |  |
| *pete@lawmoran.com* |  |
| *mike@lawmoran.com* |  |
| *denise@lawmoran.com* |  |