# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## ORDER

Before the Court is the Parties' Consent Motion to extend discovery in this matter for a period of four (4) months. The Parties' Motion is GRANTED. Discovery shall expire on December 31, 2025, and the Parties shall submit all dispositive motions or, if none are filed, a consolidated pretrial report no later than thirty (30) days thereafter.

IT IS SO ORDERED.

This 6th day of November, 2025.

_____
Hon. WILLIAM H. RAY
United States District Judge

Order prepared by:

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Jacob Stalvey O'Neal*
                                        JOHN E. HALL, JR.
                                        Georgia Bar No. 319090

191 Peachtree Street N.E.          PHILLIP E. FRIDUSS
Suite 2900                               Georgia Bar No. 277220
Atlanta, GA  30303-1775           JACOB STALVEY O'NEAL
Tel:    (404) 954-5000           Georgia Bar No. 877316
Fax:   (404) 954-5020           DANA WOODALL
Email:  jhall@hallboothsmith.com    Georgia Bar No. 478735
          pfriduss@hallboothsmith.com
          joneal@hallboothsmith.com     *Counsel for Defendants*
          dwoodall@hallboothsmith.com


Consented to by:

                                        */s/ Denise D. Hoying, by JSO w/ express permission*
                                        DENISE D. HOYING
                                        Georgia Bar No. 236494

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran                         *Counsel for Plaintiff*
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*

2