IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., <br><br> Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 4:24-cv-00224-WMR |

**NOTICE OF VIDEOTAPED DEPOSITION
AND NOTICE TO PRODUCE**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 26 and 30, that beginning at 1:00 PM on Thursday, December 11, 2025, via ZOOM, and continuing from hour to hour and day to day until adjourned, counsel for Defendants shall proceed to continue to take the deposition of **Plaintiff A.H.** You are hereby notified to produce at said deposition all documents and things responsive to Defendants' Requests for Production of Documents not previously produced by you or your counsel. The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions and will be videotaped. The deposition will be taken for all purposes allowed by law.

Respectfully submitted this 5th day of December, 2025.

**HALL BOOTH SMITH, P.C.**

/s/ *Dana Woodall*

JOHN E. HALL, JR.
Georgia Bar No. 319090
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
DANA WOODALL
Georgia Bar No. 478735

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: jhall@hallboothsmith.com
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: dwoodall@hallboothsmith.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>    Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC D/B/A BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing **Notice of Videotaped Deposition and Notice to Produce** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Peter A. Law, Esq. | Patrick J. McDonough, Esq. |
| E. Michael Moran, Esq. | Jonathan S. Tonge, Esq. |
| Denise D. Hoying, Esq. | Andersen, Tate & Carr, P.C. |
| Law & Moran | One Sugarloaf Centre |
| 563 Spring Street, N.W. | 1960 Satellite Boulevard |
| Atlanta, GA 30308 | Suite 400 |
| pete@lawmoran.com | Duluth, GA 30097 |
| mike@lawmoran.com | pmcdonough@atclawfirm.com |
| denise@lawmoran.com | jtonge@atclawfirm.com |

Michael C. Kendall, II
**KENDALL LEGAL, LLC**
3152 Golf Ridge Drive
Suite 201
Douglasville, GA 30135
michael@kendall-legal.com
*Co-Counsel for Defendants*

Respectfully submitted this 5th day of December, 2025.

**HALL BOOTH SMITH, P.C.**

/s/ Dana Woodall
_____
DANA WOODALL
Georgia Bar No. 478735

*Counsel for Defendants*

2