FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 12 2021

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

# United States District Court
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Shreesh Tiwari

**CRIMINAL COMPLAINT**

Case Number: 4:21-MJ-59

**UNDER SEAL**

I, the undersigned complainant depose and state under penalty of perjury the following is true and correct to the best of my knowledge and belief. On or about November 25, 2020 and continuing through January 26, 2021 in Bartow County, in the Northern District of Georgia, defendant did, solicit Victim-1 with reckless disregard with threats of force and coercion to cause Victim-1 to engage in a commercial sex act.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
James Rives

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to me by telephone pursuant to FederalRule of Criminal Procedure 4.1

October 12, 2021   at 4:50 p.m.              at   Rome, Georgia
Date                                                         City and State

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Leanne Marek
Leanne.marek@usdoj.gov

# AFFIDAVIT

I, James Rives, depose and say under penalty of perjury:

1.      I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been a Special Agent since April 2, 2007. I was previously a Police Officer with the Alpharetta Police Department (GA) from June 2000 to April 2007. I successfully completed the Special Agent Training Course at the Federal Law Enforcement Training Center in September 2007, where I received training in immigration law, nationality law, and criminal law. My current assignment is Office of Investigations with Immigration and Customs Enforcement, Homeland Security Investigations (HSI) Dalton, which is located north of Atlanta, Georgia. My current responsibilities include investigating violations of the federal immigration laws, customs laws and related criminal statutes.

2.      I am investigating the activities of SHREESH TIWARI. Based on this investigation, there is probable cause to believe that TIWARI violated Title 18, United States Code, Section 1591, by utilizing various methods and means to coerce Victim-1 to engage in commercial sex acts at the Budgetel Motel located at 35 Carson Loop, Cartersville, GA.

3.      On February 10, 2021, the HSI National Tip Hotline received a call about potential adult sex trafficking in Cartersville, GA. Despite the caller wishing to remain anonymous, she ("Victim-1") left a phone number for law enforcement to contact her for additional questions. According to Victim-1, there may be other potential victims that are unaware that her report has been made and may not identify themselves as victims of sex-trafficking. Victim-1 reported that the potential trafficker is Shreesh TIWARI, who is the manager/operator of the Budgetel Inn

1

located at 35 Carson Loop, Cartersville, GA. Victim-1 reported that on or about November 2020, she lost her house due to a fire and had to move with her children to the Budgetel. During her time at the Budgetel, TIWARI forced her to engage in sex acts with him in exchange for housing. If Victim-1 did not comply, she would be evicted and homeless. In addition, Victim-1 stated that TIWARI would physically abuse her and threatened to withhold food from her if she refused to engage in commercial sex with him.

4. On February 11, 2021, HSI SA Chip Reagan received information from the Henry County Police Department about a female located at the Haven House shelter disclosing that she was a victim of sex trafficking that occurred in Cartersville, GA. With the information obtained from Henry County Police Department, I was able to determine that the reporting victim located in Henry County and Victim-1 have the same phone number and are the same person. On February 18, 2021, Victim Assistance Specialist (VAS) Alia El-Sawi and I met with Victim-1 at the Haven House located in Henry County, GA. I asked if she was the caller who reported the sex trafficking activity through the HSI Tip Line. Victim-1 stated that she was the caller and I went through the allegations reported on the HSI Tip Line with the victim and confirmed they were true and accurate as reported.

5. Victim-1 explained that on November 17, 2020, she lost her home to a fire in Cartersville, GA. After exhausting the assistance that she received from local NGOs and family, and feeling that she had nowhere else to go, Victim-1 moved into the Budgetel with her three children. According to Victim-1, the operator of the motel, Shreesh TIWARI, immediately began making sexual suggestive remarks to her. For example, Victim-1 explained that TIWARI would say "I don't want your

2

money, come see me," meaning that she could perform sex acts on him in lieu of rent. While Victim-1 had heard about TIWARI's sexual overtures towards female guests at the Budgetel, she intended to pay for her room through legitimate means. Victim-1 thus refused TIWARI's advances and repeatedly asked him to let her clean the motel, or work in the reception office, in exchange for a room.

6. During Victim-1's first several days at the Budgetel, her vehicle was repossessed, and the Department of Family and Children's Services (DFCS) recommended that she send her children to live with family because of drug and criminal activity at the Budgetel. Victim-1 then fell a week behind with her rent payment for room 125 and avoided TIWARI so he could not confront her about the rent. One day when Victim-1 returned to the motel after being out, she found her belongings in the dumpster. To avoid becoming homeless, Victim-1 agreed to perform sex acts with TIWARI so that she could stay at the motel. If Victim-1 did not comply with TIWARI's requests, she feared that she would be evicted from the property.

7. TIWARI put Victim-1 in room 215 and she met with him the next day. TIWARI told Victim-1 that she had to perform oral sex on him on Tuesday and Thursday at 9:00 pm if she wanted to live at the motel. Victim-1 reluctantly agreed. She then began to perform commercial sex acts on TIWARI on about a weekly basis.

8. The sex acts that TIWARI required Victim-1 to perform on him in exchange for lodging at the motel were mostly oral sex, but also choking and paddling. At times, TIWARI would force his penis violently in her mouth until she threw up. Victim-1 would often leave these encounters with a bloody throat and

3

bruises. Victim-1 had to spend time physically recovering, to get herself "ready" before TIWARI required her to come see him again.

9. Victim-1 described how TIWARI would react on the occasions that he wanted her to perform commercial sex on him, and she declined or failed to meet with him. If she failed to come to his room by 9:30 pm on an evening when he expected her, he began to call and text her repeatedly. On at least one of those occasions, he came to her motel room and entered the room without permission.

10. On the mornings after Victim-1 refused to see Tiwari, he would make sudden references to her outstanding balance for her motel room, telling her that his business partner and the Budgetel owner wanted to know when she would pay. On at least three occasions, TIWARI kicked Victim-1 out of the motel when she refused to "come see him" to perform oral sex on him. TIWARI knew that if he removed Victim-1 from the motel, she would be homeless.

11. According to Victim-1, TIWARI often reminded her that she was alone and had no one to help her. He also took steps to further isolate her from her family, forbidding her brother and husband (whom she was separated from at the time) from visiting her at the Budgetel, and telling her that he would have them arrested if they tried to return.

12. TIWARI also held himself out to Victim-1 as a powerful man, telling her that he had local police officers on his payroll,[1] and that with a single phone call to DFCS, he could have her children returned.

13. TIWARI continued to require Victim-1 to perform oral sex on him, despite the fact that she had increasing difficulty doing so. Victim-1 often cried

---

[1] The investigation has yielded no evidence suggesting that TIWARI's claim is true.

4

during the act. TIWARI arranged for a maintenance man at the Budgetel to provide Victim-1 with drugs. But Victim-1 felt that no matter how high she got, she could not continue to perform the sex acts that TIWARI required for her to stay at the Budgetel.

14. During mid-January of 2021, Victim-1 told TIWARI that she needed to go to rehab due to her methamphetamine addiction. TIWARI supported Victim-1's decision and she was able to leave the Budgetel on January 26, 2021. According to Victim-1, TIWARI had her sign a written agreement that she would return once she completed the rehabilitation program. After the agreement was made, Steve (LNU), (a maintenance man that works for TIWARI) took Victim-1 to Sober Living in Canton, GA. TIWARI also provided Victim-1 with a $363.00 money order from Kroger to assist with her checking into Sober Living. Once Victim-1 disclosed to someone at the Sober Living facility what occurred at the motel, an "Out of Darkness" team responded and placed her in a shelter.

15. On June 22, 2021, a search warrant was obtained in the Northern District of Georgia for the living area of Shreesh TIWARI and the lobby of the Budgetel located at 35 Carson Loop, Cartersville, GA.

16. On June 29, 2021, the above-mentioned search warrant was executed at the Budgetel. During the execution of the search warrant, several witnesses and victims were interviewed, and they told of very similar criminal acts committed by TIWARI. Those acts include sex and labor trafficking violations. Several electronic storage devices were collected pursuant to the search warrant to include personal belongings of other victims as well as two wooden paddles described by Victim-1.

5

17. Based on the aforementioned facts, there is probable cause to believe that Shreesh TIWARI has committed a committed violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1), that is, sex trafficking by soliciting in reckless disregard with threats of force and coercion to cause a person to engage in a commercial sex act.