## Copy B — To Be Filed with Employee's FEDERAL Tax Return.
**2021** — OMB No. 1545-0008

| Box | Field | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 5200.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 5200.00 |
| 4 | Social security tax withheld | 322.40 |
| 5 | Medicare wages and tips | 5200.00 |
| 6 | Medicare tax withheld | 75.40 |

- a Employee's SSN: [redacted]
- b Employer ID no. (EIN): [redacted]
- c Employer's name, address, and ZIP code:
  CARSON LOOP ESM LLC
  1888 WILKENSON CROSSING
  MARIETTA          GA   30066
- d Control number:
- e Employee's name, address, and ZIP code:
  A█████  L  H█████
  362 JORDAN RD
  BALLGROUND      GA   30127

| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee / Retirement Plan / Third-party sick pay | 14 Other | 12b/12c/12d Code |

15 State: GA [redacted]  16 State wages, tips, etc.: 5200.00  17 State income tax: 139.58
18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return.
**2021** — OMB No. 1545-0008

| Box | Field | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 5200.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 5200.00 |
| 4 | Social security tax withheld | 322.40 |
| 5 | Medicare wages and tips | 5200.00 |
| 6 | Medicare tax withheld | 75.40 |

- a Employee's SSN: [redacted]
- b Employer ID no. (EIN): [redacted]
- c Employer's name, address, and ZIP code:
  CARSON LOOP ESM LLC
  1888 WILKENSON CROSSING
  MARIETTA          GA   30066
- e Employee's name, address, and ZIP code:
  A█████  L  H█████
  362 JORDAN RD
  BALLGROUND      GA   30127

15 State: GA [redacted]  16 State wages, tips, etc.: 5200.00  17 State income tax: 139.58

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS
REV 12/17/21 QBDT

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C — For EMPLOYEE'S RECORDS. (See Notice to Employees).
**2021** — OMB No. 1545-0008

| Box | Field | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 5200.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 5200.00 |
| 4 | Social security tax withheld | 322.40 |
| 5 | Medicare wages and tips | 5200.00 |
| 6 | Medicare tax withheld | 75.40 |

- c Employer: CARSON LOOP ESM LLC, 1888 WILKENSON CROSSING, MARIETTA GA 30066
- e Employee: A█████ L H█████, 362 JORDAN RD, BALLGROUND GA 30127

15 State: GA [redacted]  16 State wages: 5200.00  17 State income tax: 139.58

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

---

## Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return.
**2021** — OMB No. 1545-0008

| Box | Field | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 5200.00 |
| 3 | Social security wages | 5200.00 |
| 4 | Social security tax withheld | 322.40 |
| 5 | Medicare wages and tips | 5200.00 |
| 6 | Medicare tax withheld | 75.40 |

- c Employer: CARSON LOOP ESM LLC, 1888 WILKENSON CROSSING, MARIETTA GA 30066
- e Employee: A█████ L H█████, 362 JORDAN RD, BALLGROUND GA 30127

15 State: GA [redacted]  16 State wages: 5200.00  17 State income tax: 139.58

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

0053