
**Bank of America** 🇺🇸

Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002759 |
| **Post date:** | 06/29/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** ❓ | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph: (770)387-9577

2759

DATE 6/29/20

PAY TO THE ORDER OF ___Shreesh Tiwari___  $ 1500 ⁰⁰/₁₀₀

# One Thousand Five Hundred only ___ DOLLARS

Bank of America
Spaulberry Crossing
2798 Sandy Plains Rd
Marietta, GA 30066 USA
Ph: (770) 971-4017

FOR ___

⑆002759⑆ ▮▮▮▮▮▮▮▮▮▮▮

0001



Bank of America | Online Banking / Accounts / Account Detail / Account Activity

**Online Banking**

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002781 |
| **Post date:** | 08/28/2020 |
| **Amount:** | -221.11 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002779 |
| **Post date:** | 08/13/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph: (770) 337-3577

2779
64-5/810

DATE 8/12/20

PAY TO THE ORDER OF _Shreesh Tiwari_ | $ 1500 ⁰⁰/₁₀₀

$ One Thousand Five Hundred only DOLLARS

Bank of America
Schryberg Crossing
2786 Sandy Plains Rd
Marietta, GA 30066 USA
Ph: (770) 971-4317

FOR

⑈00 2779⑈

0003



**Online Banking**

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000002777 |
| **Post date:** | 08/10/2020 |
| **Amount:** | -296.76 |
| **Type:** | Check |
| **Description:** | Check Image |
| **Merchant name:** | Check Image |
| **Transaction category:** | Cash, Checks & Misc: Checks |





Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002776 |
| **Post date:** | 08/07/2020 |
| **Amount:** | -380.29 |
| **Type:** | Check |
| **Description:** | Check Image |
| **Merchant name:** | Check Image |
| **Transaction category:** | Cash, Checks & Misc: Checks |



0005

Case 4:24-cv-00224-WMR Document 75-5 Filed 02/20/26 Page 6 of 30



Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002775 |
| **Post date:** | 08/07/2020 |
| **Amount:** | -1,081.20 |
| **Type:** | Check |
| **Description:** | Check Image |
| **Merchant name:** | Check Image |
| **Transaction category:** | Cash, Checks & Misc: Checks |



0006

 **Bank of America**            Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002773 |
| **Post date:** | 08/07/2020 |
| **Amount:** | -663.33 |
| **Type:** | Check |
| **Description:** | Check Image |
| **Merchant name:** | Check Image |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph: (770)387-9577

2773
64-5/610

DATE 8/7/20

PAY TO THE ORDER OF Chrystal Reagan $ 663 . 33

Six Hundred Sixty Three and 33/xx only /DOLLARS

Bank of America
Sprayberry Crossing
2786 Sandy Plains Rd
Marietta, GA 30066

FOR Payroll

⑆002773⑈

0007



# Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002770 |
| **Post date:** | 07/28/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
38 Carson Loop NW
Cartersville GA 30121
Ph (770)387-9577

2770

64-5/610

DATE 7/28/20

PAY TO THE ORDER OF _Shreesh Tivun_ | $ 1,500 xx/100

$ One Thousand Five Hundred only DOLLARS

Bank of America
Strawberry Crossing
2786 Sandy Plains Rd
Marietta GA 30066 USA
Ph (770) 971-4217

FOR _____

⑈002770⑈ ████████████

0008



# Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002755 |
| **Post date:** | 06/11/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph: (770)387-9377

2755
64-5/610

DATE 6-11-20

PAY
TO THE
ORDER OF Shreebh Tiwari       $ 1500.00

Fifteen hundred and 00/100                DOLLARS

Bank of America
Symphony Concurg
2766 Sandy Plains Rd
Marietta, GA 30066 USA
Ph: (770) 971-4317

FOR

⑈002755⑈

0009



Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002763 |
| **Post date:** | 07/13/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

0010



Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002790 |
| **Post date:** | 09/21/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | 2 |
| **Transaction category:** | Cash, Checks & Misc: Checks |





**Online Banking**

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002794 |
| **Post date:** | 09/30/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph: (770)387-0577

2794

DATE 9/30/20

PAY TO THE ORDER OF _Shreesh Tiwari_ $ 1500 ⁰⁰

_One Thousand Five Hundred_ and DOLLARS

Bank of America
Strawberry Crossing
2766 Sandy Plains Rd
Marietta, GA 30066 USA
Ph: (770) 971-4017

FOR

⑈002794⑈

 **Bank of America**

Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000002786 |
| **Post date:** | 09/03/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

0013



# Bank of America

# Online Banking

---

## Business Advantage Chk - 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002782 |
| **Post date:** | 08/21/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph: (770)387-3577

2782

DATE 8/21/20

PAY TO THE ORDER OF  Shreesh Tiwari                    $ 1500 00

One Thousand Five Hundred only                    DOLLARS

Bank of America
Strawberry Crossing
2788 Sandy Plains Rd
Marietta, GA 30062 USA
Ph: (770) 971-4017

FOR

⑈00 278 2⑈

0014



# Bank of America    Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000002801 |
| **Post date:** | 10/15/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





# Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000002845 |
| **Post date:** | 01/11/2021 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



0016

 **Bank of America**          Online Banking

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002829 |
| **Post date:** | 12/23/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





**Bank of America**                           Online Banking

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002813 |
| **Post date:** | 11/30/2020 |
| **Amount:** | -3,000.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Carson Loop ESM LLC
Budgetel Cartersville, GA
35 Carson Loop NW
Cartersville, GA 30121
Ph. (770) 387-5577

2813
54-5/610

DATE  11/30/20

PAY TO THE ORDER OF _____ Threesh Tiwari ____ $ 3000 00/xx

___ Three Thousand only ___ DOLLARS

Bank of America
Spradberry Crossing
2766 Sandy Plains Rd
Marietta, GA 30066 USA
Ph. (770) 971-4017

FOR _____

⑆00 28 13⑆

0018



Bank of America            Online Banking

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002824 |
| **Post date:** | 12/17/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Other Expenses |



0019



Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000002804 |
| **Post date:** | 10/30/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002918 |
| **Post date:** | 09/17/2019 |
| **Amount:** | -350.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | BANK OF AMERICA |
| **Transaction category:** | Savings & Transfers: Transfers |



 **Bank of America**

Online Banking

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002854 |
| **Post date:** | 01/27/2021 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





**Online Banking**

---

## Business Advantage Chk – 7292: Account Activity Transaction Details

---

| | |
|---:|:---|
| **Check number:** | 00000002909 |
| **Post date:** | 08/05/2019 |
| **Amount:** | -150.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





**Bank of America**        Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002928 |
| **Post date:** | 11/04/2019 |
| **Amount:** | -405.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





Bank of America      Online Banking

---

**Business Advantage Chk – 7292: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Check number:** | 00000002927 |
| **Post date:** | 10/30/2019 |
| **Amount:** | -405.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



Case 4:24-cv-00224-WMR Document 75-5 Filed 02/20/26 Page 26 of 30



**Online Banking**

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002922 |
| **Post date:** | 09/30/2019 |
| **Amount:** | -350.00 |
| **Type:** | Check |
| **Description:** | Check Image |
| **Merchant name:** | Check Image |
| **Transaction category:** | Cash, Checks & Misc: Checks |



0026

**Bank of America** 

Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002921 |
| **Post date:** | 09/26/2019 |
| **Amount:** | -300.00 |
| **Type:** | Check |
| **Description:** | Check Image |
| **Merchant name:** | Check Image |
| **Transaction category:** | Cash, Checks & Misc: Checks |





**Bank of America**          Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002926 |
| **Post date:** | 11/04/2019 |
| **Amount:** | -405.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



0028

    Online Banking

## Business Advantage Chk - 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002961 |
| **Post date:** | 01/21/2020 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



Online Banking

## Business Advantage Chk – 7292: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000002929 |
| **Post date:** | 10/31/2019 |
| **Amount:** | -90.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



0030