**Greg Foster**
7 years ago on Google                                      1/5

Nastiest place ever!!!!!

**Arii Honey**
7 years ago on Google                                      1/5

Not Clean, And Drug Infested

**BUCKMASTER "BUSTER" MCGRUTH**
7 years ago on Google                                      1/5

FIRST thing i notice is a cockroach waddling around in the front office. Seems to be favorite housing for ex-cons. Stout florid hick bangs on door at 11am yelling at me to get out. Finally figured out he was manager informing me that check-out time was 11am. I'd gotten in at 5am. I asked for 10 minutes to shower and dress. He yelled through the door "You aint got 10 minutes you got TWO" then he tried to come thru the adjacent room (a door separated the two rooms) but the lock was on there so he couldn't get in. He was one made upset little trailer-trash hick. I grabbed my stuff and left telling him "i'll recommend this place to my friends." He said "WHA" I repeated it. He stalked off. He'd brought a skinny black guy and skinny white guy - both looked like drug addicts - along as 'muscle'. I imagine this drug roach-infested pit will eventually be shut down by Georgia's Department of Health. Looks to be run by low-rent mobsters.

**Duncan Chambers**
7 years ago on Google                                      1/5

The place is disgusting. There's roaches and trash everywhere. Almost everyone is a drug addict. A person smashed a beer bottle outside of my door once. My room didn't have a bathroom door so I requested to switch rooms, which they did with no hassle. Only good thing is that it's walking distance to some convenience stores.

**Randall Hall**
7 years ago on Google
1/5

Iv heard it called a drug motel

**Angie Ellis**
7 years ago on Google
1/5

Just not a good place live in

**Brittany Friend**
7 years ago on Google
1/5

Drug addicts and prostitutes.

**Tasha Stegall**
7 years ago on Google
1/5

Has roaches

**J Millz**
7 years ago on Google
1/5

My life ended here. The people here are bad people and a big problem with drugs and police

**Sheryl Martin**
6 years ago on Google
1/5

Stayed in this place one night, and NEVER again! It was disgusting. We got there late, someone was fixing a motorcycle in front of the office, couple others hanging out and a baby in a walker, in the rain at 10 PM!
The floor in the room was beyond filthy. Whatever was on it was incredibly sticky. The bathroom floor was worse. There were cars revving their engines and racing through the parking lot. No deadbolt or chain lock on the door! There were stains on the walls that were drips from some type of liquid. on the back of the bathroom door was graffiti, no where close to clean.
It looked like a cross between a crack house and a no-tell motel. If I could give it zero stars I would.



**Josh Akins**
6 years ago on Google
1/5

I would have rated lower but it wouldn't let me. The place sucks the wifi never works. there are only a few good people in the staff. the managers don't do there job. the parents don't watch there kids and the place is filled with drug addicts and the cops are always here. Also no one can pick up there trash and they throw it all over the place. And don't be fooled the pictures you see on the search results they were from 5 years ago



**Sharon Derosier**
6 years ago on Google
2/5

Had to sit & wait a few minutes on a Friend , absolutely didn't like the place !! Too much drug activity & just didn't feel safe sitting there . Wouldn't recommend unless you have no where else to go 💔

**Gena Tipton**
6 years ago on Google
1/5

Rooms were small toilet took forever to flush too much drama too much drugs and every time you turn around there were police there and they raised the rent up it wasn't worth it will not stay there ever again



**Bettye Borman**
6 years ago on Google
1/5

Terrible. No one in the office during the night or at 7am. No one answered the phone in the evening. Loud people outside our door all night. Men coming and going in the room next to ours, all night. Young folks running all over the place. Would NEVER recommend this place. Bad, bad, bad . . .



**Paul Petersen**
6 years ago on G Google

1/5

Business

Do not stay here if you want to sleep. I checked out at 1am because of a bunch of loud crackheads. Management did nothing to keep it quiet.



**Jay Borman**
6 years ago on G Google

1/5

Couple

If I could I would rate at -10, had people yelling, ,running, roaming around parking lot in till. 11:pm. Went to office to complain, one their, no security, I called the Sheriffs office, everyone went running to their room. People came in and out of one of the rooms u till after 2am. Went to office st 7am. No one in.

Rooms  3.0    Service  1.0    Location  2.0



**Tanner E**
6 years ago on G Google

1/5

Bugs everywhere
Knife Mark's in the wall
Boogers everywhere on the wall



**Brittany Rader**
5 years ago on G Google

1/5

Family

People fighting in the parking lot!!

Rooms  1.0    Location  1.0



**Cat Santiago**
5 years ago on G Google

1/5

NO JUST NO. AND GOD BLESS THE POOR CHILDREN THAT HAVE TO LIVE THERE.

 **Karma Destiny 2 (Karma)**
5 years ago on Google

1/5

Ghetto

 **Linda Duvall**
5 years ago on Google

3/5

Very Clean Housekeeping is on top of there Job, but as far as other if you need DRUG'S Budgetel is the place to go oh hell forgot the most important thing WHORE'S -Homewreakin Female's and Male's all over the place, and kids runnin around all hours of the day and night doin whatever they please . Really

**Dawn Lochridge**
5 years ago on Google

1/5

This is the scariest place I've ever stayed! Children run around all ages all hours. I will not leave the room without my dog and my fiance.. They have some unsavory guest an I'm thankful I am moving in my house tomorrow... I feel terrible for the children and the others that ended up there because of reasons out of their control! There are clearly people there that choose to live that kind of life..I am not able to even leave our flowers outside because of the fear of theft

   

 **Connie Bearden**
5 years ago on Google

1/5

It was deplorable! I volunteered to help a disabled man move out because the DPH shut it down. Horrible and disgusting living conditions! Omg, it's making me give a 1 star that this place does not deserve!

**R. Shropshire**
5 years ago on Google
1/5

They condemned the building it was overrun with cockroaches and rats, no repairs were made. They needed to shut it down a long time ago. They charged those people $275 a week knowing they were unable to find anything else. They are awful landlords or managers



**Kyle Pickel**
4 years ago on Google
1/5

Family

Poor management and rooms are disgusting

Rooms 1.0    Service 1.0    Location 1.0



**Derek Weeks**
4 years ago on Google
2/5

Basic no frills rooms. But lots of shady people staying here. Not recommended for a business or professional person. Or family or girl friend . I would only stay there in a emergency.

**Heather Dupree**
4 years ago on Google
1/5

Very sketchy with weird people everywhere



**Don Rilleone**
4 years ago on Google
1/5

Roaches and Crack heads