IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a ) | |
| BUDGETEL, and SRINIVAS ) | |
| BOLLEPALLI, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO FILE UNDER SEAL

COMES NOW Plaintiff, by and through counsel, and files this Motion to File Under Seal. In order to comply with the terms of the Court's Agreed Protective Order [Doc. 48], she requests that Exhibits A, D, F, I, O, and P to her Response in Opposition to Defendants' Motion for Summary Judgment be filed under seal.

In addition, as the deposition transcripts of Plaintiff, Defendant Bollepalli, and Special Agent Rives reference documents produced by the Department of Justice that are covered by this Court's Agreed Protective Order [Doc. 48], Plaintiff respectfully requests that these deposition transcripts also be filed under seal.

A proposed order is attached hereto.

This 20th day of February, 2026.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Motion to File Under Seal* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARSON LOOP ESM, LLC d/b/a ) <br> BUDGETEL, and SRINIVAS ) <br> BOLLEPALLI, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 4:24-CV-00224-WMR |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing Motion to File Under Seal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Phillip Friduss
Jacob O'Neal
Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303

This 20th day of February, 2026.

                                                           */s/ Denise D. Hoying*
                                                         Denise D. Hoying
                                                         Georgia Bar No. 236494
                                                         Attorney for Plaintiff

563 Spring Street, NW
Atlanta, GA 30308
(404) 814-3700