IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 4:24-CV-00224-WMR |
| CARSON LOOP ESM, LLC d/b/a | ) |
| BUDGETEL, and SRINIVAS | ) |
| BOLLEPALLI, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

HAVING READ AND CONSIDERED the Plaintiff's Motion to File Under Seal, and based upon the record as a whole, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion to File under Seal is **GRANTED**. This Court hereby authorizes Exhibits A, D, F, I, O, and P to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, and the deposition transcripts of Plaintiff, Defendant Bollepalli, and Special Agent Rives to be filed in this case under seal.

SO ORDERED this _____day of February, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE