IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>        Plaintiff,<br><br>vs.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>        Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on February 23, 2026, pursuant to the provisions of Local Rule 26.3, I served a copy of the following:

(1)   ***Defendants' Second Supplemental Response to Plaintiff's First Interrogatories to Defendants***; and

(2)   ***Defendants' Third Supplemental Response to Plaintiff's First Request for Production of Documents and Notice to Produce Documents to Defendants.***

upon all parties to this matter via electronic service addressed to counsel of record as follows, and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

|  |  |
|---|---|
| Peter A. Law, Esq. | Patrick J. McDonough, Esq. |
| E. Michael Moran, Esq. | Jonathan S. Tonge, Esq. |
| Denise D. Hoying, Esq. | Andersen, Tate & Carr, P.C. |
| Law & Moran | One Sugarloaf Centre |
| 563 Spring Street, N.W. | 1960 Satellite Boulevard |
| Atlanta, GA 30308 | Suite 400 |
| pete@lawmoran.com | Duluth, GA 30097 |
| mike@lawmoran.com | pmcdonough@atclawfirm.com |
| denise@lawmoran.com | jtonge@atclawfirm.com |

Respectfully submitted this 23rd day of February, 2026.

**HALL BOOTH SMITH, P.C.**

/s/ *Dana Woodall*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
DANA WOODALL
Georgia Bar No. 478735

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: dwoodall@hallboothsmith.com