IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**A.H.**,

          Plaintiff(s),

          Case No. 4:24-cv-00224-WMR

v.

          William M. Ray, II

**Carson Loop ESM, LLC**      United States District Judge
*doing business as*
**Budgetel**,

          Defendant(s).

_____/

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion for Summary Judgment [Doc. 72] in this case for Monday, April 27, 2026 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

      **Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 24th day of February, 2026.

                                            _____
                                            WILLIAM M. RAY, II
                                            UNITED STATES DISTRICT JUDGE