## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

A.H.,

     Plaintiff,

v.

CARSON LOOP ESM, LLC d/b/a
BUDGETEL, and SRINIVAS
BOLLEPALLI,

     Defendants.

CIVIL ACTION FILE
NO. 4:24-cv-00224-WMR

### (Proposed) ORDER

Before the Court is the Parties' Consent Motion to extend Defendants' deadline to file their reply brief in support of their Motion for Summary Judgment. For the reasons stated in the Consent Motion, the said motion is hereby GRANTED. Defendants shall file any reply in support of their Motion for Summary Judgment by March 13, 2026.

IT IS SO ORDERED.

This ___ day of _____, 2026.

_____
Honorable WILLIAM H. RAY
United States District Judge

Order prepared by:

**HALL BOOTH SMITH, P.C.**

*/s/ Dana Woodall*
JOHN E. HALL, JR.
Georgia Bar No. 319090
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
JACOB STALVEY O'NEAL
Georgia Bar No. 877316
DANA WOODALL
Georgia Bar No. 478735

*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax: 404-954-5020
Email:  jhall@hallboothsmith.com
Email:  pfriduss@hallboothsmith.com
Email:  joneal@hallboothsmith.com
Email:  dwoodall@hallboothsmith.com

Consented to by:

*/s/ Denise D. Hoying, by JSO w/ express permission*
DENISE D. HOYING
Georgia Bar No. 236494
*Counsel for Plaintiff*

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*