IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H.,<br><br>        Plaintiff,<br><br>v.<br><br>CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI,<br><br>        Defendants. | CIVIL ACTION FILE<br>NO. 4:24-cv-00224-WMR |

## ORDER

Before the Court is the Parties' Consent Motion to extend Defendants' deadline to file their reply brief in support of their Motion for Summary Judgment. For the reasons stated in the Consent Motion, the said motion is hereby GRANTED. Defendants shall file any reply in support of their Motion for Summary Judgment by March 13, 2026.

IT IS SO ORDERED.

This 3rd day of March, 2026.

_____
Honorable WILLIAM H. RAY
United States District Judge

Order prepared by:

        **HALL BOOTH SMITH, P.C.**

        */s/ Dana Woodall*
        JOHN E. HALL, JR.
        Georgia Bar No. 319090
        PHILLIP E. FRIDUSS
        Georgia Bar No. 277220
        JACOB STALVEY O'NEAL
        Georgia Bar No. 877316
        DANA WOODALL
        Georgia Bar No. 478735

        *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: jhall@hallboothsmith.com
Email: pfriduss@hallboothsmith.com
Email: joneal@hallboothsmith.com
Email: dwoodall@hallboothsmith.com

Consented to by:

        */s/ Denise D. Hoying, by JSO w/ express permission*
        DENISE D. HOYING
        Georgia Bar No. 236494
        *Counsel for Plaintiff*

Peter A. Law, Esq.
E. Michael Moran, Esq.
Denise D. Hoying, Esq.
Law & Moran
563 Spring Street, N.W.
Atlanta, GA 30308
*pete@lawmoran.com*
*mike@lawmoran.com*
*denise@lawmoran.com*