IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| A.H., <br><br>     Plaintiff, <br><br> v. <br><br> CARSON LOOP ESM, LLC d/b/a BUDGETEL, and SRINIVAS BOLLEPALLI, <br><br>     Defendants. | CIVIL ACTION FILE <br> NO. 4:24-cv-00224-WMR |

**[Proposed] ORDER**

HAVING READ Defendants' March 16, 2026, Motion to File Under Seal, and based on the record as a whole, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion is **GRANTED**. This Court hereby authorizes the Exhibit to Defendant's Reply in Support of Motion for Summary Judgement to be filed under seal in this case.

SO ORDERED this _____ day of _____, 2026.

                                                        _____
                                                        WILLIAM M. RAY, II
                                                        UNITED STATES DISTRICT JUDGE