## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

A.H.,

    Plaintiff,

v.

CARSON LOOP ESM, LLC d/b/a
BUDGETEL, and SRINIVAS
BOLLEPALLI,

    Defendants.

CIVIL ACTION FILE
NO. 4:24-cv-00224-WMR

## ORDER

HAVING READ Defendants' March 16, 2026, Motion to File Under Seal, and based on the record as a whole, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion is **GRANTED**. This Court hereby authorizes the Exhibit to Defendant's Reply in Support of Motion for Summary Judgement to be filed under seal in this case.

SO ORDERED this 24th of April, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE