# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:24-cv-00224-WMR
## A.H. v. Carson Loop ESM, LLC et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on **04/27/2026.**

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:15 A.M.          COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:45                       DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: **Atlanta**

ATTORNEY(S)         Jonathan Tonge and Denise Hoying representing A.H.
PRESENT:            Jacob O'Neal representing Carson Loop ESM, LLC and Srinivas Bollepalli

PROCEEDING          Motion Hearing(Motion Hearing Non-evidentiary)
CATEGORY:

MINUTE TEXT:        Court heard oral argument and will issue a written order. Court encourages
                    parties to mediate and anticipates that the case will be scheduled for trial in
                    late fall.

HEARING STATUS:     Hearing Concluded