**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

CIVIL JURY CALENDAR commencing the following dates in Courtroom 353 of the United States Courthouse located at 600 East First Street, Rome, Georgia 30161. The Honorable William M. Ray, II, presiding:

**August 17, 2026
September 21, 2026
November 16, 2026**

**(THERE WILL NOT BE A TRIAL THE WEEK OF JULY 20TH OR AUGUST 24TH AS PREVIOUSLY NOTICED)**

The Court will not specially set any trial dates.  **CASES MAY BE CALLED OUT OF ORDER AND CASE SPECIFIC NOTES ARE INCLUDED BELOW EACH CASE NOTICED.  The Court will check attorney leave of absences filed prior to calling cases in for trial.** If a case is not reached on the first date it is eligible for trial, the case is then automatically rolled over to the next scheduled date/week.  If a trial is expected to last more than one week, the trial will be completed, regardless of length.  Attorneys should report at 9:00 a.m. and jury selection will begin at 9:30 a.m., with trials then beginning the same day or the subsequent business day.    Any requests for continuance must be filed as a motion.

ATTENTION ALL COUNSEL: The Court requires you to provide to the Courtroom Deputy Clerk three (3) copies your exhibit and witness lists at the start of trial for use by the Court and clerk during trial.  The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double spaced with approximately 1½ inches of space the left of the exhibit numbers for court use. Additionally, the Court requires electronic filing of your requests to charge prior to the beginning of the trial calendar and no later than noon, unless otherwise directed by the court after this notice.

**EXHIBITS: Counsel are reminded of our local rules regarding custody of trial exhibits. Any exhibit larger than 8 ½ x 11 will be returned to counsel. Counsel should plan to pick up their exhibits immediately after the close of court on the day of the verdict. LR 79.1 has changed in regard to over-sized and non- documentary exhibits and states in part. "Oversized and non-documentary original exhibits will be returned to the parties at the conclusion of the hearing or trial, except for audio and video files. Within ten days following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and**

non-documentary physical or demonstrative exhibits tendered as evidence at the trial or any hearing, unless otherwise ordered by the court. These photographs and reproductions **must be filed electronically by** **counsel** and in paper by *pro se* litigants. The parties must indicate on each photograph or reproduction whether the displayed exhibit was admitted or rejected."The use of equipment for the presentation of evidence or of evidence other than documents and enlargements of documents at trial must have an order authorizing the bringing in of that equipment into the courthouse. An order must be presented to the Courtroom Deputy Clerk **prior to the date the trial** **is to begin**. The order should identify the case by style and case number, a list of each piece of equipment and who will be bringing the equipment into the building. These orders must be on file with the U.S. Marshall's office before the equipment can be taken into the court area.

Counsel MUST provide a courtesy copy of any documents e-filed just prior to trial or on any day during trial.

This 30 day of June, 2026.


WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

| CASE NUMBER | STYLE | CAUSE OF ACTION |
|---|---|---|
| (1) 4-23-cv-124 | Walraven v. Ford | 28:1391 Personal Injury |
| | **# 1 TO REPORT AT 9:00 A.M. ON MONDAY, AUGUST 17TH** | |
| (2) 4-24-cv-66 | American National Property and Casualty Company v. Stoney's Appliance Repair, LLC | 28:1446 Property Damage/ Product Liability |
| | **# 2 TO REPORT AT 9:00 A.M. ON MONDAY, AUGUST 17TH** | |
| (3) 4-24-cv-120 | Sutton v. Mason | 42:1983 Civil Rights |
| (4) 4-24-cv-224 | A.H. v. Carson Loop | 18:1589 Forced Labor/Trafficking |
| (5) 4-24-cv-235 | Taylor v. Watson, et al | 28:1332 Motor Vehicle |
| (6) 4-25-cv-58 | Dixon v. Dolgencorp | 28:1446 Personal Injury |