IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| A.H., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 4:24-cv-00224-WMR |
| v. | ) | |
| | ) | |
| CARSON LOOP ESM, LLC, d/b/a | ) | |
| BUDGETEL, AND SRINIVAS | ) | |
| BOLLEPALLI, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

COME NOW, Pamela N. Lee and Taylor D. Orgeron of the law firm Swift, Currie, McGhee & Hiers, LLP, and gives notice of their appearance as additional counsel of record for Defendants Carson Loop ESM, LLC and Srinivas Bollepalli in the above styled action.

The aforementioned counsel requests that all notices, pleadings and correspondence be served on them at the following address:

Pamela N. Lee
Taylor D. Orgeron, Esq.
Swift Currie McGhee & Hiers, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3231
pamela.lee@swiftcurrie.com
taylor.orgeron@swiftcurrie.com

Respectfully submitted this 9th day of September 2026.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: ***/s/ Pamela N. Lee***
Pamela Newsom Lee
Georgia State Bar No. 198981
Taylor D. Orgeron, Esq.
Georgia Bar No.: 467267
Counsel for Defendants

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
Pamela.lee@swiftcurrie.com
taylor.orgeron@swiftcurrie.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing ***Notice of Entry of Appearance*** upon all parties to this matter via electronic E-file service addressed to counsel of record as follows:

Peter A. Law
E. Michael Moran
Denise D. Hoying
Law & Moran
563 Spring Street NW
Atlanta, Georgia 30308
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com
Attorneys for Plaintiff

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmedonough@atclawfirm.com
jtonge@atclawfirm.com
Attorneys for Plaintiff

Phillip E. Friduss
Jacob Stalvey O'Neal
Dana Woodall
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
pfriduss@hallboothsmith.com
joneal@hallboothsmith.com
dwoodall@hallboothsmith.com

This 9th day of September 2026.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: ***/s/ Pamela N. Lee***
Pamela Newsom Lee
Georgia State Bar No. 198981
Taylor D. Orgeron, Esq.
Georgia Bar No.: 467267
Counsel for Defendants

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Pamela.lee@swiftcurrie.com
taylor.orgeron@swiftcurrie.com

4912-8780-3086, v. 1