**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**A.H.**,

Plaintiff(s),

v.

**Carson Loop ESM, LLC**
*doing business as*
**Budgetel**,

Defendant(s).

Case No. 4:24-cv-00224-WMR

William M. Ray, II
United States District Judge

______________________________/

## NOTICE OF HEARING

Notice is hereby given that the Court sets a Pretrial Conference in this case for Monday, November 2, 2026 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

SO ORDERED, this 18th day of September, 2026.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE