**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**A.H.**,

Plaintiff(s),

v.

**Carson Loop ESM, LLC**
*doing business as*
**Budgetel**,

Defendant(s).

Case No. 4:24-cv-00224-WMR

William M. Ray, II
United States District Judge

______________________________/

## AMENDED NOTICE OF HEARING

Notice is hereby given that the Court RESCHEDULES a Pretrial Conference in this case to **NOW OCCUR** on Wednesday, November 4, 2026 at 2:00 p.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

SO ORDERED, this 13th day of October, 2026.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE