# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

A.H., )
)
Plaintiff, ) CIVIL ACTION FILE
) NO. 4:24-cv-00224-WMR
vs. )
)
CARSON LOOP ESM, LLC d/b/a )
BUDGETEL, and SRINIVAS )
BOLLEPALLI, )
)
Defendants. )
________________________________
S.T., )
)
Plaintiff, ) CIVIL ACTION FILE
) NO. 4:24-cv-00225-WMR
vs. )
)
CARSON LOOP ESM, LLC d/b/a )
BUDGETEL, and SRINIVAS )
BOLLEPALLI, )
)
Defendants. )

\- - -

The videotaped deposition of PLAINTIFF A.H., taken pursuant to the stipulations contained herein; all formalities waived; the reading and signing of the deposition reserved; before Tanga Donnelly, CCR; taken on Tuesday, November 4, 2025, 563 Spring Street, NW, Atlanta, Georgia; commencing at 11:00 a.m.

P R O C E E D I N G S

11:00 a.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. §9-11-28(d).)

THE VIDEOGRAPHER: This is the video deposition of A.H. taken in the matter of A.H. versus Carson Loop, et al. Today's date is November 4, 2025 at 11:00 AM. My name is Kaitlin Brantley, I'm the videographer. Counsel, please introduce themselves, after which the court reporter can swear the witness.

MR. O'NEAL: Jacob O'Neal, Counsel for Defendants Carson Loop and Srinivas Bollepalli.

MS. WOODALL: Dana Woodall, Counsel along with Mr. O'Neal for Carson Loop and Mr. Bollepalli.

MR. O'NEAL: Stephen Swanson on behalf of the Defendants in the companion case S.T. versus the same Defendants. Thank you.

MS. HOYING: Denise Hoying on behalf of the Plaintiff.

(Witness sworn.)

MR. O'NEAL: This will be the deposition of Plaintiff A.H. in the matter of A.H. versus Carson Loop, et al taken pursuant to Notice and agreement of counsel for all lawful purposes under the Federal Rules of Civil Procedure. Before we get started, a

couple of things. Counsel had spoken before the deposition began. We have a protective order in the case and there are some privacy concerns. We have agreed to the extent names or full names are used in the deposition today, that the parties will submit to the court reporter a list of names to be reduced to initials on the back, end and that the final transcript will have those names replaced by the initials. Is that agreeable to you, Denise?

MS. HOYING: Yes, agreed.

MR. O'NEAL: Do we agree to reserve objections except as to form and responsiveness until first use of the deposition?

MS. HOYING: Yes.

MR. O'NEAL: Does she wish to read and sign, or do you want to cover that at the end?

MS. HOYING: Yeah, we will probably read and sign.

Whereupon,

PLAINTIFF A.H.,

was called as a witness herein and, having been first duly sworn, was examined, and deposed as follows:

CROSS-EXAMINATION

BY MR. O'NEAL:

Q. Ms. H., my name is Jacob O'Neal. Do you still go

A. Just items that I used to do drugs with, a marijuana bowl, actual drugs.

Q. Was it your understanding that drugs were prohibited on the premises?

A. No one ever said that.

Q. Was it your understanding that the drugs you were using were illegal in Georgia?

A. Yes, sir.

Q. When Shreesh would talk to you about your drug use, did he ever have any physical contact with you?

A. Physical contact as in?

Q. Of any kind. Did he touch you?

A. Yes.

Q. Do you remember the occasions when that happened?

A. There were many occasions.

Q. Tell me about the ones you remember.

A. One time I was in my room, and I woke up to him touching all over me. One time was in his office on the couch.

Q. Were these occasions of touching connected to his threats to you about your drug use or something else?

A. It was all connected. I mean, it was all one big threat all the time. It was not one here, one there.

Q. So for right now I'm just talking about the conversations where -- And is my understanding he was

threatening to kick you out for your drug use?
A. Yes, if I left.
Q. In the conversations where he threatened to kick you out for drug use, I'm talking only about those conversations now. During those conversations, did he ever touch you at any point?
MS. HOYING: Objection.
BY MR. O'NEAL: (Resuming)
Q. You can answer.
A. I'm confused about the question.
Q. Earlier you testified that he made some threats to you related to your drug use?
A. Yes.
Q. I'm asking during those conversations where those threats happened, did he ever physically touch you?
A. Afterwards, yes. Some of them.
Q. What about during the conversations?
A. No, not during the conversation. This would be shortly after.
Q. He never grabbed you or shoved while he was talking about the drugs with you?
A. Oh, yes, he was very aggressive.
Q. Okay. So earlier you said there were times where he would come into your room and touch you physically. What exactly did he do?

A. I woke up and he was rubbing on my breasts with my shirt off.
Q. Other than rubbing your breasts, do you remember any other physical touching that he did to you?
A. Yes. I mean, he made me - I don't know how you would say it - he made me suck his dick.
Q. So he made you perform oral sex on him?
A. Yes.
Q. Was that on more than one occasion?
A. Yes.
Q. Do you remember how many occasions?
A. Gosh, it was a lot of times, multiple times. More than four.
Q. You said he made you perform oral sex. How did he make you do it?
A. He was going to kick me out and call DFCS on me, call the police on me. I felt like I had no other option.
Q. So did he verbally threaten to kick you out unless you performed oral sex on him?
A. Yes.
Q. How many times did he make that verbal threat?
A. A lot of times. I couldn't tell you how many.
Q. Okay. Did you ever report any of those threats to law enforcement?
A. I was scared.

aggressive when it happened.

Q. Did he ever ask you to perform any sexual acts while he would watch, or was it just sexual acts with him?

A. Just with him.

Q. Did he ever ask you to perform any sexual act with anyone other than himself?

A. No, sir.

Q. Did he ever make any threats to you for refusing to engage in a sexual act with anyone other than himself?

A. No.

Q. At any point in your interactions with Mr. Tiwari, was there an exchange of any kind of money for sexual activity?

A. No, it was strictly I do this or he's not going to give me my car, my car title, my room key, all of my belongings.

Q. So you say car title, room key or your belongings. He was in possession of these at some point?

A. He stole them.

Q. How do you know that he stole them?

A. They were at my room and he told me he had them and would not give them back to me.

Q. Do you know where he kept them?

A. In the office in the safe.

Q. Did you ever go to law enforcement to report the

came to work at the Budgetel?
A. No.
Q. How did you come to learn there was work to be done at the Budgetel?
A. Actually, I was visiting my aunt who was staying there and Shreesh approached me.
Q. What was her name?
A. S.
Q. With her last name?
A. E.
Q. Do you have contact information for her?
A. I don't. I do not.
Q. Was she still living in the Budgetel when you left?
A. No, she moved out maybe a week or two after I moved in.
Q. Do you know why she moved out?
A. I can't be sure, but I know her and Shreesh had some kind of agreement that she would work at the front desk. I guess she wasn't something -- I don't know, she didn't tell me. I don't know. She was working the front desk, he would come in the room screaming at her all the time, so I'm not really sure. I just know that he made her leave.
Q. When you say an agreement with Shreesh, you're

talking about Shreesh Tiwari?
A. Yes.
Q. When you said Shreesh would come into the room screaming at her, do you know what he was screaming?
A. No.
Q. Do you remember the subject of the conflict in any way?
A. I know he would be talking about the front desk.
Q. Did your aunt work at the Budgetel?
A. Yes.
Q. Did she have a similar arrangement where she got paid the amount that she was charged on the room?
A. I don't know.
Q. Do you have any knowledge of how other employees at the Budgetel were paid?
A. Usually Cash App.
Q. Let's talk about the arrangement with the discounted room. Okay? Do you know how any other employees were paid when talking about comparing the weekly pay with the weekly rent of the room?
A. Yes. You don't really see your room's part. You just get the 150.
Q. Okay. Earlier you testified that you were paid 150?
A. 150 for the room, 150 for the week for cleaning.

A. He did not hit me with the bat, but he definitely had a bat he walked around with. One time he was outside my room swinging the bat around and I thought he was going to bust up one of my cars because I had left. I was off work and had left. And that's what he did was he walked around with a baseball bat.

Q. Did he always have a baseball bat when he was walking around?

A. Most of the time.

Q. Do you know his reasons for having a baseball bat?

A. I think just -- I think he was a shorter guy and it made him look tougher and bigger to scare people.

Q. Did he ever tell you why he had the baseball bat?

A. He had a gun, but he can't walk around with a gun like that, so he had a baseball bat.

Q. So in turn then, did he ever tell you why he had the gun?

A. For protection.

Q. Protection from what?

A. When he had to kick people out, make people leave and things like that.

Q. Would people sometimes resist being kicked out?

A. Sometimes. It really kind of depended on the situation because sometimes he would kick people out for no

reason.

Q. But he never struck you with the baseball bat?

A. No.

Q. Nor any other physical object, just his hands?

A. Yes.

Q. Did you ever observe anyone being struck by Tiwari with the bat?

A. One time there was -- I can't remember who was the guest. They were in the front and I'm not sure, Shreesh had come out there screaming and yelling. They got into it. Danny was up there and Shreesh came out with a baseball about, but Danny kind of got between them. I'm not sure what it was over.

Q. Just to be clear for the record, when we say Shreesh, we’re talking about Mr. Tiwari, right?

A. Yes, Tiwari.

Q. So this was Tiwari and Danny and a guest when this happened?

A. Yes.

Q. Did you actually observe Shreesh make physical contact with the person with the bat?

A. No, he just like came at him with it and Danny was like, no, no.

Q. Other than that incident, did you ever observe any other incidents where Shreesh hit anyone with a

baseball bat?

A. No, he'd just always threaten it.

Q. What about hitting anyone with anything other than a baseball bat; any other objects, sticks, implements of any kind, broom handle, anything like that?

A. There were little things. I remember one time there was a girl he got - I don't remember her name - he was teaching her how to do laundry for the rooms, and he went in there screaming and yelling about something. And we have the little bottles of shampoo and stuff, and he would take a handful and throw them at us, things like that. Nothing like a broom.

Q. Do you know if anyone ever reported those incidents to Sri Bollepalli?

A. I know we would tell both of them -- They were almost the same person to everybody. Whatever -- they worked together, you know, Whatever Shreesh Tiwari was saying, everybody was under the assumption it came from Big Shreesh. That was what they gave off. So nobody was ever going to go to Mr. Bollepalli because he was just as bad as Tiwari. Whatever Tiwari said, Tiwari came from Mr. Bollepalli. So it was kind of like, who would go to him because gosh, it's all coming from him anyway is what we thought.

Q. My question is not communications from Shreesh

did you talk with anyone during the break?
A. No.
Q. Did you review any documents during the break other than Defendant's 7 and 8 there?
A. No.
Q. So if you look through Defendant's Exhibit 7, this one -- Well, Defendant's 7 and 8 I'll represent to you, again, these are more reports produced to us as part of the government file. Have you seen them before?
A. No.
Q. If you look at Defendant's Exhibit 7, the one that has 447 the bottom at the page, this interview, does this refresh your recollection talking to agents named Ash or El-Sawi?
A. Alia, yes. I didn't know the last name. I knew her by Alia.
Q. In this interview at least or in this report, this report doesn't mention oral sex. Would you agree with me on that?
A. Yes, this would have been that day they came to the hotel.
Q. Do you recall telling either of these agents that you performed oral sex on Tiwari?
A. No. I remember telling them I was scared. I was like I'm fine, I'm fine. I thought we were all going to go

to jail. I wanted them to let me go. I was freaking out and I was like I'm fine, everything's fine.

Q. But you did not tell them it happened and they neglected to put it in the report; you didn't say it to them that day?

A. Not that day I didn't. They kept insisting to me that they got multiple calls about things happening to me. And they were like, are you sure, Ms. H., are you okay. I was like I'm fine, everything is fine.

Q. Okay. If you go to the next one that's Exhibit 8 and there are some redactions there. Do you know or can you tell any of the names on any of those redactions?

A. I know it says S. T. Her name doesn't look familiar. Maybe if I saw a picture, I would be able to tell you. There was so many girls in and out of that hotel.

Q. Okay, that's fine.

A. I couldn't tell you, sorry.

Q. It talks about the rent, somebody was making it $450 a week; do you see that there?

A. Yes, it also said I lived there with my aunt and that wasn't the case either.

Q. So the report is inaccurate as far as that goes, living with your aunt at this point?

A. I did not live with her. I was visiting her that

A. I think it was the day -- I'd been gone one night.

Q. Tell me about the circumstances under which you left the Budgetel.

A. So as you know, I wasn't allowed to talk to anybody, I wasn't allowed to go anywhere. The couple of times I did go somewhere when I got back, he chased me to my room with a baseball bat. So that night specifically he wasn't feeling good. I feel like I remember him not feeling good so he went to bed and everybody thought he was done for the night.

Q. He is Mr. Tiwari?

A. Yes. So I was like, okay. I'm going to go to the Ding Ding since he's asleep. I don't even think I drove, I think I walked over there, to the Ding Ding. I guess a friend of mine came by to see me and didn't call me or anything. Shreesh would constantly lock me out of my room. Like literally if he got mad at me or I didn't do whatever he wanted me to do, he would lock me out. I can't tell you how many times I have sat outside or slept in my car outside my own room, and he would make me come to the office to get another key. That's a lot of times where he would be like, oh, you want this, you do that to me. This specific night, Danny had made me this thing for my door because there was multiple instances where I was asleep and

I felt like he came in there, I was in the bathtub. And I was scared. I was really scared. It was early bad experience. So I told Danny about this and he made me a lock for the door that would go around it. You know how hotel doors turn, so I could put it on my door and it would keep the lock from turning because he had a master key and would just come in there. So I had that on there that night and I guess I had that on there that night. And when he knocked on my door, I had it the other way so he couldn't lock me out so I could get back in my room. Because I knew if he figured out I was gone, he would lock me out. So had knocked on the door, the door opened, so I guess he wasn't asleep, he seen it. When I got back to the room, he spazzed out on me, told me I was hanging out with niggers, that I had some dude my room and I wasn't allowed to have anybody on the property and, I mean, just flat wigged out on me at the hotel in front of everybody. I mean, he called me everything you could think of. And he was like, you know what, you just get your stuff and leave. And I was like you're actually going let me leave, like I can just leave, he was like yeah. He was like just go. And I was like, okay. So I was just like screw it, whatever happens happens, I gotta get out of here. So I packed my car within 30 minutes. I had what I could take with me and I left. And that's how that happened.