# EXHIBIT 1

# SRINIVAS BOLLEPALLI

## Date: July 22, 2025

## Case: A.H. and S.T. vs Carson Loop ESM, LLC

METRO ATLANTA REPORTERS INC.

**Metro Atlanta Reporters, Inc.**
Phone: 770.985.2344
Fax:770.985.5044
Internet:metroatlantareporters.com

P R O C E E D I N G S

9:56 a.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. 9-11-28(d).)

VIDEOGRAPHER: We are now on video record. The time is 9:56 a.m. The date is July 22, 2025.

Will the court reporter please swear in the witness.

(Witness sworn.)

MS. HOYING: This will be the deposition of Srinivas --

THE WITNESS: Srinivas Bollepalli.

MS. HOYING: -- Bollepalli taken pursuant to notice and agreement of counsel and for all purposes allowable under the Federal Rules of Civil Procedure. If it's agreeable, I propose that we reserve all objections, except for those as to the form of the question and the responsiveness of the answer, until the first use of the deposition.

MR. O'NEAL: It's agreeable.

MR. SWANSON: That's agreeable.

Whereupon,

SRINIVAS BOLLEPALLI

was called as a witness, was duly sworn and examined as follows:

Q. Are all of these items things that you owned?
A. Not all of them. I don't know. Some of them were not mine.
Q. Okay. Let's talk about which of these things, if you know, belonged to you. Security camera system, that's yours?
A. Yes.
Q. How about the desktop computers? Those are both yours?
A. Both mine.
Q. The Ace or laptop; is that yours?
A. Yes.
Q. The HP Chromebook; is that yours?
A. That's not mine.
Q. Okay. How about the Dell laptop; is that yours?
A. That's also not mine.
Q. Okay. How about the Samsung tablet?
A. That's not mine.
Q. All right. Looks like the next two are Samsung cell phones?
A. I never owned a Samsung cell phone, no.
Q. Okay. Evo laptop, blue?
A. No.
Q. Okay. And then the rest of these are all cell phones. Any of these your cell phones?

A. No.
Q. Okay. So it looks like the stuff on here that they seized that belongs to you is the first --
A. Three --
Q. -- four items?
A. Four, yeah.
Q. The Acer laptop, the two desktop computers, and the security camera system?
A. Yeah. Maybe the Dell laptop also is mine probably.
Q. Oh, Dell laptop too?
A. Yeah.
Q. Okay. All right. So there were security camera system, the two desktops, the Acer laptop, and the Dell laptop --
A. Yeah.
Q. -- those are your property?
A. Yeah.
Q. Okay. And you have not been able to get any of those back so far?
A. No, no.
Q. Okay. All right. Those desktop computers, Acer laptop and Dell laptop, those are all things that were used in the Budgetel's business?
A. Business, yeah.
Q. The other things on here, you don't know who they

belong to or what they were used for, correct?
A. Yeah.
Q. Those Acer laptop, Dell laptop and desktop computers, when you would visit the hotel, did you have access to all of those?
A. Yes.
Q. And the security camera system?
A. Yes.
Q. You would use all of those equipment?
A. Yes.
Q. Okay. All right. In some of the - and I can show it to you if you'd like - in some of the Department of Homeland Security information that we received, you are referred to as big Sri and Shreesh is referred to as little Shreesh. Is that a nickname that you had at the hotel?
A. I didn't know that.
Q. Okay.
A. I didn't know that.
Q. Had you ever heard anybody refer to Shreesh Tiwari as little Shreesh before?
A. No.
Q. Okay. And never heard any -- Similarly, never heard anybody refer to you as big Sri?
A. Big Sri, no.
Q. In our discovery request, we asked if you routinely

was marked for identification.)

BY MS. HOYING: (Resuming)

Q. Let me hand you what I'm marking as Exhibit 14, which is a portion of the file from the Department of Homeland Security. Including on the third page of Exhibit 14, a portion or sort of a synopsis of Special Agent Reeves' interview with you. If you look at the last two paragraphs. Specifically, the last sentence of second to last paragraph. It says Bollepalli confirmed that there is a 10 pm curfew due to drug activity on the property. Is -- is that correct that that's what you told the Department of Homeland Security, that you had a curfew on the property because of drug activity?

A. I don't remember telling that.

Q. Okay. Is that why you had a 10 pm curfew is because of drug activity?

MR. O'NEAL: Object to the form. You can answer. You can answer.

BY THE WITNESS: (Resuming)

A. Yeah, I don't remember any curfew or anything like that. I mean, we -- After 10 pm, we don't allow anybody to come to the lobby and all that stuff.

Q. Okay. But was -- is that because of drug activity? Is that why you had the 10 pm rule?

A. No. Not because of drug activity. I don't think so.

Q. Okay. So to -- Is this just wrong in Special Agent Reeves --
A. I don't know. I'm not sure.
Q. Okay.
A. I'm not sure.
Q. All right.
A. I don't recall that.
Q. Okay. Got it.
A. At that time I don't know what they said, but I don't recall.
Q. Okay. And earlier in that paragraph, it says, according to Bollepalli on the second line going into the third line, according to Bollepalli, Tiwari is the operator of the motel and handles everything from hiring, checking guests in and paying employees. Sounds like that's not correct either?
A. That's not correct.
Q. Okay. All right. You can put that aside. I'm -- Were you aware in 2018 that there were twelve people that lived at the Budgetel arrested for drug crimes?
A. Well, the whole year you're talking about?
Q. They were -- There was 12 folks arrested in July of 2018 for drug crimes that all lived at the Budgetel. Were you made aware of that?
A. I'm not aware of that. But once in a while, there