# LAW & MORAN

ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308

TELEPHONE
(404) 814-3700

www.LawMoran.com

FACSIMILE
(404) 842-7710


November 11, 2026

**VIA E-FILE**

Sherri Lundy, Judicial Assistant
Honorable William M. Ray
2121United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

**Re:** **A.H. v. Carson Loop ESM, LLC d/b/a Budgetel, and Srinivas Bollepalli**
U.S. District Court, Northern District of Georgia, Rome Division
Civil Action File No. 4:24-CV-00224-WMR

Dear Ms. Lundy:

We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of November 25, 2026; December 29 through December 31, 2026; February 19, 2027; March 26, 2027; March 29, 2027; April 2, 2027; April 5, 2027; April 16, 2027; May 13 and 14, 2027; May 17, 2027; May 21, 2027; July 5 and 6, 2027; September 17, 2027; and September 20, 2027. The purpose of these leaves is out-of-town travel.

With best regards, I remain

Very truly yours,

*Peter A. Law*

Peter A. Law

PAL:bna
cc: All counsel of record (via ECF)